## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Shawn Cox,

     Plaintiff,

     v.

Monroe County, Ohio, *et al.,*

     Defendants.

Case No. 2:22-cv-475

Judge Michael H. Watson

Magistrate Judge Deavers

### ORDER

Magistrate Judge Deavers performed an initial screen of this prisoner civil rights case and issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's personal-capacity claims against Sheriff Black and the Doe Defendants but permit Plaintiff to amend his Complaint. R&R, ECF No. 5. The R&R notified Plaintiff of his right to object to the same and that failure to timely do so would amount to a forfeiture of the right to have the Undersigned perform a de novo review and the right to appeal the Undersigned's decision adopting the R&R. *Id.* at 6.

The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R. Plaintiff's personal-capacity claims against Sheriff Black and the Doe Defendants are **DISMISSED WITHOUT PREJUDICE**. Magistrate Judge Deavers will set a deadline for any amended Complaint.

     **IT IS SO ORDERED.**

                                     */s/ Michael H. Watson*
                                     **MICHAEL H. WATSON, JUDGE**
                                     **UNITED STATES DISTRICT COURT**